459 A.2d 23

Haber, et al. v. Litman, et al.

Appeal of Joyce Deanes.

Argued April 28, 1982. Lee R. Golden, for appellant; Kirby Lee Boring, for Haber, et al., appellees; Tom Gross, for Litman, appellee.

Before CERCONE, P.J., BECK and MONTEMURO, JJ.

The judgment of the lower court is affirmed.

459 A.2d 23

Shuder, et al., Appellants v. Crawford Construction Co.

Argued May 19, 1982. John A. Metz, Jr., for appellants; Joan P. Feldman, for appellees.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.